IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                RESPONDENT

v.                                      Case No. 6:13-cr-60041

RHONDA RENA BURKETT                                                                          MOVANT

## ORDER

      Before the Court is the Report and Recommendation filed August 16, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 49.  Judge Bryant recommends that Movant Rhonda Rena Burkett's Motion to Withdraw (ECF No. 30) be granted.  Judge Bryant further recommends that Burkett's Motion to Reduce Sentence (ECF No. 27) be denied.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto.*  Accordingly, Burkett's Motion to Withdraw (ECF No. 30) is **GRANTED**, and Burkett's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 23) is withdrawn.  Further, Burkett's Motion to Reduce Sentence (ECF No. 27) is **DENIED**.

      **IT IS SO ORDERED**, this 6th day of October, 2016.

      /s/ Susan O. Hickey
      Susan O. Hickey
      United States District Judge